AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __Nevada__

| | |
|---|---|
| RICHARD R. IRVIN <br> Plaintiff(s), <br> V. <br> BETTY F. IRVIN, ET AL., <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:25-cv-00694-MMD-CS |

Notice is hereby given that, subject to approval by the court, __Plaintiff RICHARD R. IRVIN__ substitutes
(Party (s) Name)

__JOHN SCOTT RUSSO__, State Bar No. __6477__ as counsel of record in
(Name of New Attorney)

place of __J. SCOTT RUSSO, RUSSO & DUCKWORTH, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: JOHN SCOTT RUSSO, ESQ.
Address: 1 East Liberty Street, Suite 600, Reno, NV 89501
Telephone: (949) 752-7106     Facsimile (949) 752-0629
E-Mail (Optional): srusso@russoandduckworth.com

I consent to the above substitution.
Date: 12/15/2025

Signed by: Richard R. Irvin
*Richard R. Irvin*
55F611A2EF834D3...
(Signature of Party (s))

I consent to being substituted.
Date: 12/15/2025

J. Scott Russo, Russo & Duckworth, LLP
*J. Scott Russo*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/15/2025

John Scott Russo, Esq.
*J. Scott Russo*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 19, 2025

*C S D*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]