J. SCOTT RUSSO (STATE BAR NO. 6477 )
1 East Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (949) 752-7106
Facsimile No. (949) 752-0629
Email: jsrusso@russoandduckworth.com

*Attorney for Plaintiff Richard R. Irvin*

UNITED STATES DISTRICT COURT

NEVADA DISTRICT

| | |
|---|---|
| Richard R. Irvin, an individual, | Case No.: 3:25-cv-00694-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS C PUNCH RANCH, INC. WITH PREJUDICE** |
| Betty F. Irvin; Betty F. Irvin, Trustee of the Robert G. Irvin and Betty F. Irvin Community Property Trust dated March 1, 1990, as amended and restated; Diane Irvin, an individual; Lawrence O. Irvin, an individual; Robert J. Irvin, an individual; C Punch Ranch, Inc., a Nevada corporation; Kumiva Group, LLC, a Delaware limited liability company, | |
| Defendants. | |

THE PARTIES HERETO STIPULATE, PURSUANT TO FRCP 41, AS FOLLOWS:

1.    Plaintiff Richard R. Irvin moves to dismiss C Punch Ranch, Inc., a Nevada corporation from this case, with prejudice.

2.    Plaintiff Richard R. Irvin moves to dismiss the Second Cause of Action for Accounting which is only alleged against C Punch Ranch, Inc.

/ / /

/ / /

/ / /

/ / /

RUSSO &
DUCKWORTH, LLP

1

3.　　Plaintiff Richard R. Irvin and C Punch Ranch, Inc. shall bear their respective attorney's fees and costs.

*Respectfully submitted,*

DATED:　March 31, 2026

MCDONALD CARANO LLP

*/s/ John Scott Russo*
John Scott Russo, NV Bar No. 6477
1 East Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (949) 752-7106
srusso@russoandduckworth.com

*Attorney for Plaintiff Richard R. Irvin*

PARSONS BEHLE & LATIMER

*/s/ Rew R. Goodenow*
Rew Robert Goodenow, NV Bar No. 3722
Charles Jennings-Bledsoe, NV Bar No. 17222
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone No. (775) 323-1601
rgoodenow@parsonsbehle.com
cjennings-bledsoe@parsonsbehle.com

*Attorneys for Nominal Defendant*
*C Punch Ranch, Inc.*

*/s/ Leigh Goddard*
Leigh Goddard, NV Bar No. 6315
Chelsea Latino, NV Bar No. 14227
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone No. (775) 788-2000
lgoddard@mcdonaldcarano.com
clatino@mcdonaldcarano.com

-and-

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

*/s/ John P. Stigi III*
John P. Stigi III (*admitted pro hac vice*)
Daniel J. Birmingham (*admitted pro hac vice*)
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone No. (858) 720-8900
JStigi@sheppardmullin.com
dbirmingham@sheppardmullin.com

*Attorneys for Defendants Betty F. Irvin;*
*Betty F. Irvin, Trustee of the Robert G.*
*Irvin and Betty F. Irvin Community*
*Property Trust dated March 1, 1990, as*
*amended and restated; Diane Irvin;*
*Lawrence O. Irvin; Robert J. Irvin; and*
*Kumiva Group, LLC*

## ORDER

IT IS HEREBY ORDERED:

1.　　C Punch Ranch, Inc., a Nevada corporation, is dismissed from this case, with prejudice.

RUSSO &
DUCKWORTH, LLP

2

2.	The Second Cause of Action for Accounting, which is only alleged against C Punch Ranch, Inc., is dismissed, with prejudice.

3.	Plaintiff Richard R. Irvin and C Punch Ranch, Inc. shall bear their respective attorney's fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _April 3, 2026_____

RUSSO &
DUCKWORTH, LLP

3