Leigh Goddard (NV Bar No. 6315)
Chelsea Latino (NV Bar No. 14227)
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: 775.788.2000
lgoddard@mcdonaldcarano.com
clatino@mcdonaldcarano.com

John P. Stigi III (admitted *pro hac vice*)
Daniel J. Birmingham (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130
Telephone: 858.720.8900
jstigi@sheppard.com
dbirmingham@sheppard.com

*Attorneys for Defendants*
*Betty F. Irvin, Betty F. Irvin, Trustee of the Robert G. Irvin and Betty F. Irvin Community Property Trust dated March 1, 1990, Diane Irvin, Lawrence O. Irvin, Robert J. Irvin and Kumiva Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard R. Irvin, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Betty F. Irvin, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-00694-MMD-CSD<br><br>**ORDER GRANTING SECOND JOINT MOTION TO STAY** |

On August 13, 2026, counsel for plaintiff Richard R. Irvin ("Plaintiff"), Defendants Betty F. Irvin; Betty F. Irvin, Trustee of the Robert G. Irvin and Betty F. Irvin Community Property Trust dated March 1, 1990, as amended and restated; Diane Irvin; Lawrence O. Irvin; Robert J. Irvin; and Kumiva Group, LLC (collectively, "Defendants"), filed a joint motion to stay all proceedings ("Joint Motion"). The Joint Motion asks the Court to stay all proceedings until 30 days after completion of an independent review of C Punch Ranch, Inc.'s ("CPRI") financial and tax books and records, pursuant to the Settlement Term Sheet executed by the parties at mediation on March 18, 2026. CPRI has recently engaged BDO to perform the independent review, and BDO has advised that it will require approximately fourteen (14) weeks from commencement to complete the scope of work, which exceeds the one hundred twenty (120) day period contemplated by the Agreement. Plaintiff and Defendants therefore jointly request that the Court extend the existing stay to permit BDO to complete its review within the time BDO has specified in its engagement letter.

Having considered the papers, the evidence, the entire record in the case, and the arguments of counsel, and finding good cause therefor, the Court hereby GRANTS the Joint Motion and ORDERS that all deadlines in this case are STAYED until Monday, November 30, 2026.

**IT IS SO ORDERED.**

Hon. Miranda M. Du
United States District Judge

Dated: August 13, 2026